# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| PENSKE LOGISTICS AND GALLAGHER BASSETT SERVICES, INC. | : | No. 164 MM 2015 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL BOARD (EDWIN TROXEL) | : | |
| | : | |
| | : | |
| PETITION OF: EDWIN TROXEL | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 10th day of December, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.